AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 14, 2022

SEAN F. McAVOY, CLERK

GABRIEL GAMEZ,

*Plaintiff*

v.

AVISTA CORPORATION, dba "AVISTA UTILITIES"; DENNIS VERMILLION, President Avista Corporation; ALVARO FIGUEROA; COREY COOK; RAYNE PEARSON; MICHAEL HOWARD; WASHINGTON UTILITY AND TRANSPORTATION COMMISSION; and the STATE OF WASHINGTON,

*Defendant*

Civil Action No.  2:22-CV-0203-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendants Avista Corporation and Dennis Vermillion's Motion to Dismiss (ECF No. 5) is GRANTED. This action is DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on a motion for dismissal.

Date: 11/14/2022

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez